# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bailey, John P. | Northern District of West Virginia | 01/24/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
P.O. Box 551
Wheeling, WV 26003

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Prompt Analytics LLC |
| 2. 2020 | Engage Analytics LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | Credit Card | J |
| 2. BB&T | Credit Card | J |
| 3. American Express | Credit Card | J |
| 4. Barclay's Bank | Credit Card | J |
| 5. BB&T | Mortgage on Rental Prop., Part VII, line 11 | None |
| 6. Wells Fargo | Mortgage on Rental Prop., Part VII, line 11 | O |
| 7. United Bank | Mortgage on Rental Prop., Part VII, line 11 | K |
| 8. Citibank | Credit Card | J |
| 9. United Bank | Credit Card | J |
| 10. WesBanco | Credir Caerd | J |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bailey, John P.** | 01/24/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA #1 (H) | | | | | | | | | |
| 2.  - Barclays US TIPS Fund | A | Dividend | | | Sold | 12/30/20 | J | A | |
| 3.  - MSCI EAFE Index Fund | A | Dividend | | | Sold | 12/30/20 | J | A | |
| 4.  - MSCI Emerging Mkt Index Fd ETF | A | Dividend | | | Sold | 12/30/20 | J | A | |
| 5.  - SPDR S&P 500 ETF | A | Dividend | | | Sold | 12/30/20 | K | E | |
| 6.  - SPDR S&P Midcap 400 ETF | A | Dividend | | | Sold | 12/30/20 | J | D | |
| 7.  - Russell 2000 Value Index Fd | A | Dividend | | | Sold | 12/30/20 | J | D | |
| 8.  - SPDR S&P Dividend ETF | A | Dividend | | | Sold | 12/30/20 | J | D | |
| 9.  - Federated US Treasury Cash Reserves 395 | A | Interest | | | Sold | 12/30/20 | J | A | |
| 10.  - Cash - Hazlett, Burt & Watson | | None | L | T | | | | | |
| 11.  Mass Mutual Life Ins. Whole Life Ins. | A | Dividend | J | T | | | | | |
| 12.  Rental Property, Seabrook Island, SC | E | Rent | P1 | Q | | | | | |
| 13.  IRA #2 (H) | | | | | | | | | |
| 14.  - Dodge & Cox International Stock FD | A | Dividend | | | Sold | 05/06/20 | K | A | |
| 15.  - Fidelity Govt MMkt Cap Reserves | A | Int./Div. | K | T | | | | | |
| 16.  - Ishares Russell 2000 Value ETF | A | Dividend | J | T | | | | | |
| 17.  - Ishares Edge MSCI Min Vol EAFE EFT | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bailey, John P.** | 01/24/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SPDR Ser Tr S&P Div. ETF | B | Dividend | L | T | | | | | |
| 19. - SPDR S&P Midcap 400 ETF Tr UTSE1 | A | Dividend | K | T | Sold (part) | 11/13/20 | K | D | |
| 20. - Vanguard Spec. Portfolio Div | A | Dividend | K | T | | | | | |
| 21. - Vanguard Equity Inc. Admiral FD | A | Dividend | K | T | | | | | |
| 22. - Vanguard Index Fd Vanguard Small Cap | A | Dividend | K | T | | | | | |
| 23. - Wisdomtree TR Midcap Div Fd | B | Dividend | L | T | | | | | |
| 24. - Wisdomtree Small Cap Div Fd | A | Dividend | K | T | | | | | |
| 25. -Invesco Exch S&P Low Volatility Fd | B | Dividend | L | T | | | | | |
| 26. -Invesco Exch. Fd. Pur. Growth | A | Dividend | K | T | Sold (part) | 01/29/20 | J | C | |
| 27. - Invesco Exch. Fd. Pur. Growth | | | | | Sold (part) | 11/13/20 | K | D | |
| 28. -Harding Loevner Intl Equity Port Inst | A | Dividend | | | Sold | 01/29/20 | K | C | |
| 29. -Federated Ultra Short Bond Is | B | Interest | M | T | | | | | |
| 30. - ABM Income Fund Advisor | B | Dividend | K | T | Buy | 01/29/20 | K | | |
| 31. | | | | | Buy (add'l) | 11/16/20 | K | | |
| 32. - CTI Biopharma | A | Dividend | J | T | Buy | 08/13/20 | J | | |
| 33. - JP Morgan Large Cap Growth | A | Dividend | K | T | Buy | 11/16/20 | K | | |
| 34. - Fidelity 500 Index Fund | A | Dividend | K | T | Buy | 11/16/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 01/24/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Enterprise Products Partners LP | A | Distribution | J | T | | | | | |
| 36. Chevron Corp New Com | A | Dividend | J | T | | | | | |
| 37. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 38. e.l.f. Beauty Inc. | A | Dividend | J | T | | | | | |
| 39. Fidelity Govt MMKT Cap. Res. | A | Int./Div. | J | T | | | | | |
| 40. Germaine & Co 401(k) (H) | | | | | | | | | |
| 41. -PNC Stable Value Fd | A | Dividend | | | Sold | 06/11/20 | K | A | |
| 42. -Am Europacific Growth R6 | B | Dividend | | | Sold | 06/11/20 | K | C | |
| 43. -T Rowe Price Growth Stock | B | Dividend | | | Sold | 06/11/20 | K | C | |
| 44. - Vanguard 500 Index Admiral | A | Dividend | | | Sold | 06/11/20 | K | C | |
| 45. - Vanguard Mid Cap Index Adm | A | Dividend | | | Sold | 06/11/20 | K | C | |
| 46. - Vangaurd Small Cap Index Adm | A | Dividend | | | Sold | 06/11/20 | K | C | |
| 47. Engage Analytics 401(k) (H) | | | | | | | | | |
| 48. - John Hancock Multi-Index 2045 Lifetime Fd. | C | Dividend | M | T | Buy | 06/11/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bailey, John P.** | 01/24/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 12.  Property purchased 02/28/14.  Actual purchaseice $762,500.

Part VII, Line 12.  Appraisal dated July 10, 2020.

Part VII, lines 41-48.  Interest in Germaine & Co. 401(k) was liquidated and transferred to the Engage Analytics 401(k).

| Name of Person Reporting | Date of Report |
|---|---|
| Bailey, John P. | 01/24/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John P. Bailey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544